IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| THOMAS K. NUNLEY and<br>JOHNNY NUNLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVE FLORENCE, individually and in<br>his official capacity; TENNESSEE<br>DEPARTMENT OF SAFETY; JOHN DOES 1<br>through 25, individually and in their<br>official capacity; XYZ ENTITY, 1 through 25,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-1014<br>)  Judge Todd/Judge Anderson<br>)  JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Assistant Attorney General Sarah McBride and requests leave to withdraw from this cause of action as attorney of record for Defendants Steve Florence and the Tennessee Department of Safety/State of Tennessee. As grounds therefore, General McBride avers that she is leaving employment with the Office of the Tennessee Attorney General and Reporter. Assistant Attorney General Michael Leftwich, who is currently an attorney of record in this case and whose address is 425 Fifth Avenue North, Nashville, TN 37243, will remain as the attorney of record for the above-mentioned defendants on behalf of the Office of the Tennessee Attorney General and Reporter.

**MOTION GRANTED**
DATE: 29 August 2005

_/s/ James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/31/05

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

*Sarah McBride*

SARAH C. MCBRIDE, BPR#21418
Assistant Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-2500

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been forwarded via U.S. Mail, first class postage prepaid, on this 26th day of August, 2005 to Ronald D. Michael and Daniel K. Tucker, 1700 North Second Street, Booneville, MS 38829.

*Sarah McBride*

SARAH C. MCBRIDE
Assistant Attorney General

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01014 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Michael B. Leftwitch
ASST. ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202

Daniel K. Tucker
RONALD D. MICHAEL LAW FIRM
1700 North Second St.
Booneville, MS 38829

Ronald D. Michael
MICHAEL LAW FIRM
1700 N. Second St.
Booneville, MS 38829

Sarah McBride
OFFICE OF THE ATTORNEY GENERAL- Cordell Hull Bldg.
425 Fifth Avenue, N
2nd Floor
Nashville, TN 37243--049

Honorable James Todd
US DISTRICT COURT